# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SVETISLAV JOVANOVIC,<br><br>    Plaintiff,<br><br>v.<br><br>PAMELA SMITH, et al.,<br><br>    Defendants. | Case No. 2:21-cv-01261-RFB-NJK<br><br>**ORDER** |

On July 2, 2021, Intervenor Defendant James River Insurance Company removed this case from state court. Docket No. 1. Plaintiff initially filed this case in state court more than two years ago, and Intervenor Defendant intervened more than one year ago. *Id.* at 2. It appears that numerous proceedings, including discovery, occurred prior to removal. *See id.* at 2–9. The parties are hereby **ORDERED** to file, no later than July 30, 2021, a joint status report regarding what occurred during the state court proceedings and whether and how discovery should proceed in this Court.

IT IS SO ORDERED.

Dated: July 16, 2021

                                                      Nancy J. Koppe
                                                    United States Magistrate Judge