LUCIAN J. GRECO, ESQ.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
ELIZABETH M. DEANE, ESQ.
Nevada State Bar No. 13600
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
edeane@bremerwhyte.com

Attorneys for Intervenor/Defendant,
JAMES RIVER INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SVETISLAV JOVANOVIC,<br><br>  Plaintiff,<br><br> vs.<br><br>PAMELA SMITH and DOES I - V, and ROE CORPORATIONS I - V, inclusive,<br><br>  Defendants.<br><br>AND ALL RELATED ACTIONS AND CLAIMS | Case No.  2:21-cv-01261-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST INTERVENOR/DEFENDANT JAMES RIVER INSURANCE COMPANY AND PAMELA SMITH <u>WITH PREJUDICE</u>** |

COMES NOW, Plaintiff SVETISLAV JOVANOVIC (hereinafter "Plaintiff"), by and through his attorney of record, David F. Sampson, Esq. of the LAW OFFICE OF DAVID SAMPSON, LLC., and Intervenor/Defendant JAMES RIVER INSURANCE COMPANY (hereinater "JAMES RIVER"), by and through its attorneys of record, Lucian J. Greco, Jr., Esq., Jared G. Christensen, Esq. and Elizabeth M. Deane, Esq. of Bremer Whyte Brown and O'Meara, LLP, and all hereby stipulate as follows:

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1156.611 4836-7217-8164.3

# I.

## **STIPULATION**

IT IS HEREBY STIPULATED that all of Plaintiff's claims against Defendant JAMES RIVER as set forth in Plaintiff's First Amended Complaint that was initially filed in the Eighth Judicial District Court of Clark County, Nevada, under Case No. A-18-782053-C, and which is now currently pending in United States District Court, District of Nevada under Case No. 2:21-cv-01261-RFB-NJK are hereby dismissed **with prejudice**;

IT IS HEREBY FURTHER STIPULATED that Plaintiff agrees to voluntarily dismiss **with prejudice** his claims asserted against Defendant PAMELA SMITH as outlined Plaintiff's First Amended Complaint that was initially filed in the Eighth Judicial District Court of Clark County, Nevada, under Case No. A-18-782053-C, and which is now currently pending in United States District Court, District of Nevada under Case No. 2:21-cv-01261-RFB-NJK.  Plaintiff's dismissal of the claims asserted against Defendant PAMELA SMITH is being done pursuant to FRCP 41(a)(1)(A)(i)-(ii) as she has never filed an Answer or Motion for Summary Judgment in this case;

IT IS HEREBY FURTHER STIPULATED that Plaintiff voluntarily dismisses the lawsuit, with prejudice, with each party to bear its own fees and costs.

| Dated this 18th day of August, 2021 | Dated this 18th day of August, 2021 |
|---|---|
| LAW OFFICE OF DAVID SAMPSON | BREMER WHYTE BROWN & O'MEARA, LLP |
| By: */s/ David Sampson* | By: *Elizabeth M. Deane* |
| David F. Sampson, Esq. | Lucian J. Greco, Jr, Esq. |
| Nevada Bar No. 6811 | Nevada Bar No. 10600 |
| *Attorneys for Plaintiff,* | Jared G. Christensen, Esq. |
| *Svetislav Jovanovic* | Nevada Bar No. 11538 |
| | Elizabeth M. Deane, Esq. |
| | Nevada Bar No. 13600 |
| | *Attorneys for Intervenor/Defendant,* |
| | *James River Insurance Company* |

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1156.611  4836-7217-8164.3

## II.

## **ORDER**

The foregoing stipulation is hereby entered as an Order of the Court.

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 19th day of August, 2021.

Respectfully Submitted By:

BREMER WHYTE BROWN & O'MEARA LLP

*Elizabeth M. Deane*
_____
LUCIAN J. GRECO, Esq.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
ELIZABETH M. DEANE, ESQ.
Nevada State Bar No. 13600
Attorneys for Intervenor/Defendant,
James River Insurance Company

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1156.611 4836-7217-8164.3

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August 2021, a true and correct copy of the **STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST INTERVENOR/DEFENDANT JAMES RIVER INSURANCE COMPANY AND PAMELA SMITH WITH PREJUDICE** was served upon all parties requesting notice via the United States District Court CM/ECF system.

_____
Danielle Alvarado, an employee of
BREMER WHYTE BROWN &
O'MEARA, LLP

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

4

1156.611  4836-7217-8164.3